IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
RICHARD J & ANNETTE S. BUTLER

No.: 04-37568

Chapter 13

Debtor(s).

## RESPONSE TO TRUSTEE'S NOTICE OF CURE OF ALL PRE PETITION MORTGAGE OBLIGATIONS

NOW COMES BARCLAYS CAPITAL REAL ESTATE INC D/B/A HOMEQ SERVICING, by and through its attorneys, BARBARA J. DUTTON and the law firm DUTTON & DUTTON, P.C., and in support of its Response To Trustee's Notice of Cure of All Prepetition Mortgage Obligations, states as follows:

1. BARCLAYS CAPITAL REAL ESTATE INC D/B/A HOMEQ SERVICING admits that it has received all payments due under the Proof of Claim filed in this case.

2. BARCLAYS CAPITAL REAL ESTATE INC D/B/A HOMEQ SERVICING further states that at the time of the Trustee's Notice (i.e. 06/11/08), Debtor was due for the 05/01/08 post petition payment.

BARCLAYS CAPITAL REAL
ESTATE INC D/B/A HOMEQ
SERVICING,

/s/ BARBARA J. DUTTON
One of its Attorneys

Barbara J. Dutton, Bar #6188016
Dutton & Dutton, P.C.
10325 W. LINCOLN HWY
FRANKFORT, IL 60423
815-806-8200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>RICHARD J & ANNETTE S. BUTLER<br><br>        Debtor(s). | No.: 04-37568<br>JUDGE BLACK<br>Chapter 13 |

## CERTIFICATE OF SERVICE

TO:
**RICHARD J. BUTLER & ANNETTE BUTLER, 23314 W. GRINTON, PLAINFIELD, IL 60544 (US MAIL)**
**JEFFREY BALDACCI, VIA EMAIL**
**GLENN STEARNS, VIA EMAIL**
United States Trustee, VIA EMAIL

## CERTIFICATION

I, certify that I served a copy of this Notice to the Addresses as indicated above on or before 5:00P.M. on 08/06/08.

/s/ Barbara J. Dutton